THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. HARNETT, Appellant.

Submitted December 6, 2010; decided December 14, 2010

Submitted December 6, 2010; decided December 14, 2010

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.